IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

JAN 2 7 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NUMBER: 3. 15-mj-3021 - DGW |
| | ) |
| vs. | ) |
| | ) **FILED UNDER SEAL** |
| JEFFREY C. BROWN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CRIMINAL COMPLAINT

I, Anne Kriedt, Postal Inspector for the United States Postal Inspection Service, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

### Conspiracy to Commit Mail Fraud

1.     From in or about January, 2014, and continuing through on or about December 12, 2014, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

### JEFFREY C. BROWN,

defendant herein, did conspire with others to cause the use of the United States mail service in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations.

2.     As part of the conspiracy **JEFFREY C. BROWN** used stolen mail matter to obtain means of identification of other persons.   **JEFFREY C. BROWN** applied for and activated credit cards of other persons without authorization.

3.      Another individual assisted **JEFFREY C. BROWN** by allowing fraudulently obtained items to be mailed or shipped by commercial interstate carrier to his residence in St. Clair County.

4.      **JEFFREY C. BROWN** purchased various merchandise on line and at retail stores with the unauthorized access devices.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2

### Aggravated Identity Theft

1.      On or about November 28, 2014, in St. Clair County, Illinois, within the Southern District of Illinois,

### JEFFREY C. BROWN,

defendant herein, did knowingly use without lawful authority a means of identification of another person, knowing that the means of identification belonged to another person, during an in relation to the felony offense of wire fraud through an interstate wire communication for the purpose of and in furtherance of the use of an unauthorized access device to purchase gift cards to obtain money and property by means of false and fraudulent pretenses and representations.

All in violation of Title 18, United States Code, Section 1028A.

This complaint is based on the following facts:

### AFFIDAVIT

I, U.S. Postal Inspector Anne M. Kriedt, being duly sworn, hereby depose and state:

1.      I am employed as a Postal Inspector and have been since February 2006, and as part of my duties as a Postal Inspector, I am responsible for investigating crimes of Identity Theft in violation of Title 18, United States Code (USC), Section 1028 and Access Device Fraud in

violation of Title 18, USC, Section 1029.   As a member of this team, I work with five other Postal Inspectors and am supervised by a team leader who has over eighteen years' experience as a U.S. Postal Inspector.   During the past eight years, I have participated in numerous financial investigations which involved identity theft violations, specifically as they relate to the tactics employed by criminals engaged in various unlawful activities such as identity theft, access device fraud, bank fraud, wire fraud, and aggravated identity theft.   Your affiant is currently assigned to the Southern Illinois Federal Identity Theft Task Force, which is comprised of federal agents from the United States Postal Inspection Service (USPIS), Internal Revenue Service, Criminal Investigation Division (IRS-CID), United States Secret Service (USSS), United States Department of Labor (DOL), and United States Social Security Administration (SSA).   The task force is being assisted by detectives from the Collinsville, Illinois Police Department (CPD).   The task force began this investigation in December 2014.

2.    The statements contained in this affidavit are based upon my training and experience as a Postal Inspector, my personal observations, and my review of all relevant records related to this investigation, as well as information provided to me by other law enforcement officers involved in this investigation.   Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of:

Count 1: CONSPIRACY TO COMMIT MAIL FRAUD, in violation of Title 18, U.S.C. § 1349;

Count 2: AGGRAVATED IDENTITY THEFT, in violation of Title 18, United States Code, Section 1028A,

have been committed by **JEFFREY C. BROWN.**

## BACKGROUND

### Victim B. & Son Concrete

3.      On September 27, 2013, Collinsville Police Department Officer Paul Kilquist interviewed S.L.B., who jointly owns B. & Son Concrete with her husband, B.J.B.   Your affiant reviewed the police report and determined the following:

4.      S.L.B. suspected her employee, Jeffrey C. Brown, hereinafter "Brown," of stealing a cell phone and a leaf blower from her business.   On or about September 26, 2013, B.J.B. left his iPhone at the business and upon his return to retrieve the cell phone, the cell phone was missing. S.L.B. suspected Brown because of a previous history of incidents and his access to the business. On an unknown date, but preceding September 27, 2013, Brown stole a leaf blower from S.L.B., but returned the leaf blower after being confronted by B.J.B.   During this previous incident, Brown attempted to pawn the leaf blower at Pawn King located in Collinsville, Illinois.

5.      On or about September 27, 2013, S.L.B. saw Brown's truck parked at the Pawn King located in Collinsville, Illinois.   S.L.B. thought this to be suspicious, so she stopped and asked Brown what he was doing.   Brown claimed to be selling a heater.   S.L.B. spoke with the Pawn King manager and was directed to file a police report.

6.      On September 27, 2013 and following the interview of S.L.B., Officer Kilquist visited the Pawn King in Collinsville, Illinois with S.L.B. and B.J.B and met with an employee. B.J.B. described the stolen leaf blower as red in color, a Tenaka brand, and the number "1" printed on the top.   The pawn shop employee found the leaf blower in inventory as previously described by B.J.B.   B.J.B immediately identified the leaf blower as his property.

7.      The pawn shop employee provided Officer Kilquist a pawn receipt showing Brown had received a loan in the amount of $100 for the leaf blower on September 12, 2013.  The employee also informed Officer Kilquist that Brown attempted to pawn an iPhone on September 27, 2013, but was denied because it was a Sprint cell phone.

8.      The investigation team searched the Madison County, Illinois Circuit Clerk online Court Record Search and determined Brown was charged for theft with a case number of 2013CF002462 pertaining to this incident.  Brown's last appearance date was scheduled for December 8, 2014.

9.      Based on your affiant's review of this report, your affiant has reason to believe Brown stole items and pawned (or attempted to pawn) the items at a local pawn shop in Collinsville, Illinois.

### Victim M.L.H.

10.     On August 12, 2014, Collinsville Police Sergeant Gary Scaggs interviewed M.L.H. Your affiant reviewed the police report and determined the following:

11.     On or about August 12, 2014, M.L.H. received a phone call from Discover Card inquiring about a recent credit card application.   M.L.H. had not applied for a Discover Card.

12.     M.L.H. inquired with a credit reporting bureau and discovered lines of credit associated with Discover, Capital One, Fingerhut, and Barclays Bank which he did not open.   The address associated with credit applications was 3301 Fairmont Avenue, Collinsville, Illinois. M.L.H. does not reside at this address.   M.L.H. owns rental property at 210 Camelot, Collinsville, Illinois; wherein M.L.H., on occasion, receives mail.

13.     On October 23, 2014, Collinsville Police Sergeant Wilbert Jeremias interviewed M.L.H.   Your affiant reviewed the police report and determined the following:

14.     On or about October 15, 2014 or October 16, 2014, M.L.H. was informed of an outstanding bill of approximately $4,400 at The Buckle store, which has a location at the Saint Clair Square Mall in Fairview Heights, Illinois.

15.     M.L.H. contacted The Buckle through their toll free number to discuss the outstanding bill.   M.L.H. was informed the address on the application was on Fairmont Drive in Collinsville, Illinois, but was later changed to 13 Lexington Court, Collinsville, Illinois.   M.L.H. was also informed that an individual contacted The Buckle wanting to add Brown as a user on The Buckle credit card.   M.L.H. knows Brown because Brown is the boyfriend of Kayla Anderson, hereinafter "Anderson," who rents M.L.H.'s house located at 210 Camelot Drive, Collinsville, Illinois.

16.     On November 14, 2014, Collinsville Police Detective Keith Jackson contacted The Buckle's account protection services and spoke with an account protection specialist.   Detective Jackson provided M.L.H.'s name to the account protection specialist for research. Detective Jackson documented this activity in a report.   Your affiant reviewed the police report and determined the following:

17.     On or about August 12, 2014, a The Buckle credit card (card number ending 4037) was opened with a limit of $1,500 and an address of 3301 Fairmont Avenue, Collinsville, Illinois. Between on or about August 31, 2014 and September 9, 2014, several online address changes were made to this credit card account.   The following addresses were used with this account at various

times: 10 Lexington Drive, Collinsville, Illinois, 13 Lexington Drive, Collinsville, Illinois, and 3301 Fairmont Avenue, Collinsville, Illinois.

18.      Your affiant inquired with the Collinsville, Illinois Post Office and determined that 10 Lexington Drive, Collinsville, Illinois is a real address, 13 Lexington Drive, Collinsville, Illinois does not exist, and 3301 Fairmont Avenue, Collinsville, Illinois is a real address.

19.      From on or about August 25, 2014 through August 31, 2014, The Buckle credit card (ending 4037) was used to make purchases of merchandise and gift cards at the Saint Clair Square Mall, the Saint Louis Galleria, and the Westfield Shopping Town.

20.      On or about August 28, 2014, an online payment from US Bank was made via the mobile web payment system using the email address of "kansley432@gmail.com."

21.      On November 24, 2014, Detective Jackson received The Buckle financial transaction records and security footage.  Detective Jackson reviewed the financial transaction records and security footage and determined the following, which was relayed to your affiant:

22.      On or about August 25, 2014 and August 31, 2014, credit card transactions with card number ending 4037 were made at The Buckle store at the Saint Clair Square Mall for merchandise and gift cards.  Four different receipts show a customer name of "Jeff Anderson." Your affiant has reason to believe that Brown changed his name to "Jeff Anderson" by using the last name of his girlfriend, Kayla Anderson, in order to conceal and disguise himself while conducting the fraudulent credit card transactions.

23.      On or about August 30, 2014, a purchase was made at The Buckle in the Saint Louis Galleria for merchandise and gift cards.  The customer name on the receipt showed the name "Jeff Brown."

24.     On or about August 28, 2014 and August 29, 2014, additional purchases were made using the credit card ending 4037 at The Buckle stores at the Saint Louis Galleria and South County Center for merchandise and gift cards.   No customer names were listed on the receipts.

25.     Security footage on August 28, 2014 at The Buckle store at the Saint Louis Galleria shows an individual who Detective Jackson recognizes and has reason to believe is Brown.   The individual in the security footage purchased various merchandise which appeared to be consistent with the receipt.

26.     Security footage on August 29, 2014 at The Buckle store at the South County Center shows an individual who Detective Jackson recognizes and has reason to believe is Brown. The individual in the security footage purchased various merchandise which appeared to be consistent with the receipt.

27.     Security footage on August 30, 2014 at The Buckle store at the Saint Louis Galleria shows an individual who Detective Jackson recognizes and has reason to believe is Brown.   The individual in the security footage purchased various merchandise which appeared to be consistent with the receipt.

28.     Detective Jackson showed The Buckle security footage of the individual using M.L.H.'s The Buckle credit card (card number ending 4037) to M.L.H.   M.L.H. recognized the individual as Brown.   As previously stated, M.L.H. knows Brown because Brown is the boyfriend of Anderson who rents M.L.H.'s house located at 210 Camelot Drive, Collinsville, Illinois [See Attachment "A"].

29.     Based on a review of these police reports, your affiant has reason to believe Brown acquired a fraudulent credit card and is using the credit card to make fraudulent purchases at stores

in Illinois and Missouri.   Your affiant has reason to believe that Brown is knowingly engaged in criminal activity and is attempting to conceal this activity by changing his name and using false addresses on credit card applications.   Your affiant also has reason to believe that Brown is associated with Anderson, who is residing at 210 Camelot Drive, Collinsville, Illinois.

### Coconspirator Michael Carver

30.    On November 28, 2014, Detective Jackson interviewed Michael Carver, hereinafter "Carver."   Your affiant reviewed the police report and determined the following:

31.    Carver is friends with Brown and allows Brown to use his address at 1150 Williams Avenue, Collinsville, Illinois to receive various items in the mail via the U.S. Postal Service and/or other delivery services.   Carver removes the items from his mailbox and maintains the items inside his residence awaiting Brown's arrival.   Carver provides the items to Brown when he arrives at Carver's residence.   Carver told Brown he is going to prison (for what is believed to be an unrelated matter), so he could not get in trouble for helping Brown with receiving mail at his residence.   Carver receives a 10% cut from Brown from the value of the credit cards mailed to his house and activated by Brown.

32.    The investigation team searched the Madison County, Illinois Circuit Clerk online Court Record Search and determined Carver has a pending state case (#2014CF00268) for theft, which is set for February 2, 2015 and a pending state case (#2014CF001529) for theft, which is set for December 8, 2014.

33.    Carver knows that Brown is activating credit cards in other people's names. Brown uses Facebook to obtain people's identifying information, except for the Social Security numbers.   Carver was previously involved in credit card fraud and knows it is easy to do.

34.     Carver knows that Brown has a gambling habit.

35.     The investigation team requested records from the Casino Queen in East Saint Louis, Illinois and received a statement of activity for Brown.   Casino Queen records show the 2014 gambling statistics of Brown.   During the year 2014, records show gambling types of pit and slot with a "total in" of approximately $553,619, a "total out" of approximately $495,746, an "attendant paid payout" of approximately $18,405, an "actual win" of $39,467, and a "theoretical win" of approximately $29,007.   The records also show each day Brown gambled at the Casino Queen, which was continuous throughout the year and showed numerous days of gambling in each month of 2014.   Based on a review of the Casino Queen gambling records and knowing that "total in" money likely contained some "recycled" money, your affiant has reason to believe that Brown gambled numerous times in 2014.

36.     On an unknown date, Carver received a credit card in the mail in the name of "S.A." Carver was unsure of the spelling of the individual's name, but believed the first name started with an "S" and the last name started with an "A."   Carver reviewed S.A.'s credit card paperwork and learned the credit card contained a credit limit of $10,000 and a cash limit of $5,000.

37.     Carver knows Brown to drive a black colored Dodge Ram Pickup Truck or a black colored Chevrolet Camaro.

38.     The investigation team has observed a black colored Dodge Ram Pickup Truck with Illinois license plate 1453141B   and a black colored Chevrolet Camaro with Illinois license plate P174090 parked at 210 Camelot Drive, Collinsville, Illinois.   The investigation made a license plate inquiry and learned the Dodge Ram Pickup Truck with Illinois license plate

1453141B was registered to Anderson and the Chevrolet Camaro with Illinois license plate P174090 was registered as a multi-owner to Brown and Anderson.

39.     Based on the interview of Carver, your affiant has reason to believe that Carver has conspired with Brown in this identity theft scheme to accept fraudulently obtained credit cards and other items at his residence located at 1150 Williams Avenue, Collinsville, Illinois and provided those fraudulently obtained items to Brown for a 10% fee.

### Coconspirator Michael Carver Continued
### -and-
### Victim B.S.H.

40.     On or about November 28, 2014, Carver received a packaged delivered to his residence containing tools.   Carver provided the physical package to Detective Jackson. Detective Jackson reviewed the packaging independent of Carver and included his finding in a report.   Your affiant reviewed the police report and determined the following:

41.     The package was shipped to Halstead Properties at 1150 Williams Avenue, Collinsville, Illinois by U-line Shipping Supply Specialists, hereinafter "U-line."   Detective Jackson contacted U-line about the shipment and provided the order number.   U-line provided the following information to Detective Jackson:

42.     On or about November 24, 2014, B.S.H. (customer number ending 7486) placed an order for various tools with a total value of approximately $718 and had the items shipped to Halstead Properties at 1150 Williams Street, Collinsville, Illinois.   No payment was made for the product.   The order was placed from phone number 618-334-1430.   The caller provided phone number 618-514-3239 during the order.

43.    Detective Jackson obtained the order form from U-line.   The order form shows "sold to" and "ship to" addresses; both showing Halstead Properties, 1150 Williams Street, Collinsville, Illinois.   On or about November 25, 2014, the order was shipped via UPS Ground.

44.    On November 28, 2014, Detective Jackson conducted a records search for the phone number 618-514-3239 and discovered the name R.G., which was associated with a secondary phone number.   On November 28, 2014, Detective Jackson interviewed R.G.   Your affiant reviewed the police report and determined the following:

45.    R.G. never had a phone number of 618-514-3239.   R.G. recently received an email congratulating him for signing up for a credit card.   R.G. did not sign up for a credit card.   R.G.'s vehicle was recently burglarized wherein R.G.'s wallet and Social Security card were stolen.

46.    On November 28, 2014, Detective Jackson conducted a records search for victim B.S.H. and discovered an individual named B.S.H. in Breese, Illinois.   On November 28, 2014, Detective Jackson interviewed B.S.H.   Your affiant reviewed the police report and determined the following:

47.    B.S.H. did not place an order with U-line and has never owned or operated a company called Halstead Properties.   B.S.H. formerly owned a firearms store and often had U-line catalogs shipped to him, but never bought anything.

48.    B.S.H. filed a police report with the Clinton County, Illinois Sheriff's Office. Your affiant obtained this police report and determined the following:

49.    On December 1, 2014, B.S.H. reported that a credit card in his name was opened. B.S.H. provided a list of the fraudulent purchases made with the credit card opened in his name. A summary of the fraudulent purchases is as follows:

50.      On November 26, 2014, a VISA credit card ending 4672 was used at the Moto-Mart in Lebanon, Illinois in the amount of approximately $40.

51.      Detective Jackson contacted the manager at the Lebanon Moto-Mart concerning the transaction.   Your affiant reviewed the police report and determined the following:

52.      On November 26, 2014, a Chevrolet Camaro was parked at the fuel pump where the VISA credit card ending 4672 was used.   The manager provided Detective Jackson a photograph of the Chevrolet Camaro, although the license plate appeared to be covered with snow when the photograph was taken.



53.      The investigation team knows a Chevrolet Camaro with license plate P174090 to be registered to Brown and Anderson.   On December 5, 2014 and December 9, 2014, the investigation team observed the Chevrolet Camaro with license plate P174090 parked at 210 Camelot Drive, Collinsville, Illinois.

54.     On November 29, 2014, a VISA credit card ending 4672 was used to purchase a repair for an iPhone 5 in the amount of $135 at Green Mobile located at 6694 Center Grove Road, Edwardsville, Illinois.   The receipt was signed with the victim's name.

55.     On November 29, 2014, the VISA credit card ending 4672 was used to purchase various items in the amount of $383 at Walmart located in Highland, Illinois.

56.     On November 29, 2014, the VISA credit card ending 4672 was declined when attempting to purchase various items in the amount of approximately $305 at Macy's located at the Alton Square, 100 Alton Square, Alton, Illinois.

57.     On November 29, 2014, the VISA credit card ending 4672 was used to purchase various items in the amount of approximately $305 at Macy's located at the Alton Square, Alton, Illinois.

58.     On November 29, 2014, the VISA credit card ending 4672 was used to purchase $120 worth of lottery tickets and a beer for a total of approximately $121 at One Stop Shop located at 2621 N Center, Maryville, Illinois.   The receipt was signed with the victim's name.

**Victim J.R.T.**

59.     On October 16, 2014, Collinsville Police Officer Charles Mackin interviewed J.R.T.   Your affiant reviewed the police report and determined the following:

60.     J.R.T. ordered 200 checks from The Bank of Edwardsville and requested that the checks be mailed to his residence in Collinsville, Illinois, although the checks never arrived.   The checks ordered from The Bank of Edwardsville started with check number 2801.   J.R.T. had received a call from R.P. Lumber in Edwardsville, Illinois concerning check number 2805 he

allegedly wrote in the amount of approximately $617.  J.R.T. did not write a check to R.P. Lumber or approve someone to write a check on his behalf to R.P. Lumber.

61.     The investigation team obtained a Pontoon Beach, Illinois Police Department report concerning continued activity of the forged check in J.R.T.'s name and passed at R.P. Lumber.  Your affiant review this report and determined the following:

62.     On October 16, 2014, Pontoon Beach Police Officer Jill Ravanelli responded to R.P. Lumber located at 3523 Highway 162, Pontoon Beach, Illinois.  R.P. Lumber staff reported a white male who attempted to return items he purchased from a different R.P. Lumber store.  The staff was previously informed of forged checks passed in sister stores, which caused suspicion of this transaction.  The white male was impatient and exited the store without making a purchase or return, but said he would return shortly.  R.P. Lumber staff saw the white male depart in a black Dodge Ram Pickup Truck with Illinois license plate 1453141.  [The truck is registered to Kayla Anderson.]

63.     On October 16, 2014, the white male returned to the R.P. Lumber store in Pontoon Beach, Illinois.  Officer Ravanelli returned to R.P. Lumber and saw the white male sitting in the driver's seat of the black Dodge Ram Pickup Truck with Illinois license plate 1453141.  Officer Ravanelli contacted the white male who identified himself as Brown.  Brown told Officer Ravanelli he was returning supplies for his boss, J.R.T.  At that time, an individual walked out of the store and to Brown's truck.  The individual identified himself as Brian Kirk, hereinafter "Kirk."  Kirk told Officer Ravanelli that Brown picked him up on the way to R.P. Lumber and asked him to return two items for Brown.

64.     Brown granted Officer Ravanelli consent to search his Dodge Ram Pickup Truck. Officer Ravanelli conducted the search and discovered a customer receipt from R.P. Lumber in Edwardsville, Illinois, a pawn shop receipt for power tools, and a check written by Melanie Gooch.

65.     Your affiant continued reviewing the Collinsville Police report and determined the following:

66.     A second check in J.R.T.'s name, bearing check number 2863, was written to Carter Waters in Collinsville, Illinois in the amount of approximately $64.

67.     Collinsville Police Officer Mackin contacted Carter Waters LLC located at 1700 Saint Louis Road, Collinsville, Illinois and spoke with employee Michael Sawyer, hereinafter "Sawyer." Sawyer recalled the transaction with the check in J.R.T.'s name and described the incident as follows:

68.     On October 6, 2014, an individual rented a Bosch breaker hammer deluxe kit, model #BOSBH2760VCD, for one day. The item was not returned.

69.     Detective Jackson visited Carter Waters and was provided a copy of the rental form. Your affiant review the rental form and determined the following:

70.     On October 6, 2014, customer J.R.T. rented a Bosch breaker hammer deluxe kit with an identification number of 0511304139 and a serial number of 009000070 for one day for a fee of approximately $60.

71.     Detective Jackson visited Herman's Pawn Shop located at 9020 Collinsville Road, Collinsville, Illinois and was provided a copy of pawn receipt. Your affiant reviewed the pawn receipt and determined the following:

72.     On or about October 6, 2014, customer #4787, Jeffrey C. Brown of 1015 Harrison Street, Florissant, Missouri, pawned a jackhammer, described as a Bosch jackhammer (0511304139 #888000) for approximately $400.

73.     Based on your affiant's review of these police reports, your affiant has reason to believe Brown stole checks, forged the checks, and made fraudulent purchases.   Your affiant also notes Brown's consistent conduct relating to the pawning of fraudulently obtained items.

### Victim Y.L.N.

74.     On December 1, 2014, Collinsville Police Sergeant Mark Krug interviewed Y.L.N. Your affiant reviewed the police report and determined the following:

75.     On or about November 11, 2014, Y.L.N. applied for a Walmart credit card on the telephone and was approved for a line of credit of $1,000.   Y.L.N. did not receive the Walmart credit card in the mail.   On or about November 30, 2014, Y.L.N. received a phone call from Walmart inquiring if she had purchased several items with her credit card.   Y.L.N. informed Walmart she had not received the credit card.   Walmart informed Y.L.N. her credit card was used on November 28, 2014 at the Walmart in Collinsville, Illinois to purchase two $100 gift cards and at the Walmart in Granite City, Illinois to purchase automotive items.   On or about November 28, 2014, her credit card was used online at Walmart.com to purchase a laptop computer.   The computer was to be delivered to "So Nunn" at 1150 Williams Street, Collinsville, Illinois. Walmart stopped the delivery to conduct an investigation.

76.     On December 2, 2014, Detective Jackson contacted loss prevention at the Walmart in Collinsville, Illinois to obtain the security footage of the transaction involving Y.L.N.'s credit card.   Detective Jackson reviewed the security footage and determined the following:

77.     On November 28, 2014, a white male who appeared to be Brown completed the transaction.   The items purchased appeared to be consistent with the gift cards as told by Y.L.N.

78.     Based on this report, your affiant has reason to believe Brown obtained a fraudulent credit card and made fraudulent purchases at various Walmart stores.

### Victim S.L.S.

79.     Beginning on September 19, 2014 and continuing on later dates, Madison County Sheriff's Office Lieutenant Kris Tharp interviewed S.L.S.   Your affiant reviewed the police reports and determined the following:

80.     The interview of S.L.S. concerned two subjects; primarily a possible stalking incident and, secondary, an identity theft incident.   S.L.S. was in a relationship with Micah Seyler, hereinafter "Seyler," of Collinsville, Illinois.   S.L.S. knows Brown as a friend and co-worker of Seyler.

81.     S.L.S. had run her credit report and found that numerous lines of credit had been applied for under her name to various companies, including Fingerhut and Bank of America. Two addresses were used during the applications for credit; 3301 Fairmont Avenue, Collinsville, Illinois and 210 Camelot Drive, Collinsville, Illinois.   S.L.S. drove past the address at 210 Camelot Drive, Collinsville, Illinois and observed a vehicle she knew to belong to Brown parked at this residence.

82.     Lieutenant Tharp obtained records from Bank of America, AT&T, and Google, Inc. Lieutenant Tharp provided those records to your affiant, which your affiant reviewed and determined the following:

83.    On September 23, 2014, Lieutenant Tharp contacted the Bank of America concerning the stolen identity of S.L.S.  On September 4, 2014, two credit applications were received by the Bank of America from IP address 108.86.94.193.   The credit applications were in the name of S.L.S. and contained the following information:

Application #1

Email address: *******987@gmail.com

Mailing and physical address: 3301 Fairmont Avenue, Collinsville, Illinois

Home phone: 618-520-7350

Business phone: 314-442-2800

Application #2

Email address: *******987@aol.com

Mailing and physical address: 5730 Old Keebler Road, Collinsville, Illinois

Home phone: 618-741-2867

Business phone: 314-442-2800

84.    On November 10, 2014, Lieutenant Tharp received AT&T U-Verse customer account records.   According to the records, on July 28, 2014, an AT&T internet service account was established by Kayla Anderson at 210 Camelot Drive, Collinsville, Illinois.  The current account information shows an IP address of 108.86.94.193 and a MAC address of 94:62:69:4f:3e:a1.  [Your affiant knows a MAC address to be a media access control (MAC) address, which is a unique identifier assigned to network interfaces for communications.  MAC addresses are found on computers and other electronic devices which access the internet.]

85.     On October 8, 2014, Google, Inc. provided Lieutenant Tharp information concerning email address "*******987@gmail.com," which is in the name of S.L.S.   According to the records, the email address was created on September 4, 2014 from IP address 108.86.94.193, which is the IP addresses registered to Anderson at 210 Camelot Drive, Collinsville, Illinois. Your affiant reviewed the logins and logouts of this email address and determined the email address was accessed from this IP address numerous times.

86.     Based on the victim interview, your affiant has reason to believe Brown stole her identity and applied for fraudulent credit cards.

### Victim M.E.W.

87.     On November 10, 2014, Madison County Sheriff's Office Deputy Lawrence interviewed M.E.W.   Your affiant reviewed the police report and determined the following:

88.     M.E.W. had not received her September 2014 Citi MasterCard credit card statement in the mail.   When M.E.W. received her October 2014 credit card statement she discovered an unauthorized check was written from the account and cashed in the amount of approximately $2,039.

89.     M.E.W. received a copy of the check and provided information from the check. Check #1051 was dated October 17, 2014 and was made payable to Nu Way in the amount of approximately $2,039.   M.E.W.'s name was signed on the check.   The memo line stated Tools-Payment for Driveway.

90.     A copy of the Nu Way invoice was obtained by Deputy Lawrence.   Your affiant reviewed the invoice and determined the following:

91.     On October 17, 2014, the invoice was created in the name of Jeff Brown at 1015 Harrison Street, Florissant, Missouri.   Brown purchased tools and traded in a Milwaukee brand item in the amount of $100.   The invoice totaled approximately $2,039 and the payment method was listed as check.

92.     Based on the reports, your affiant has reason to believe Brown stole mail, forged a check, purchased items fraudulently, and obtained a refund for trading in an item that was likely fraudulently obtained.

## Credit One Bank

93.     Your affiant contacted Credit One Bank and obtained credit application information.   Your affiant reviewed this information and determined the following:

94.     On or about November 2, 2014, Brown applied for credit at Credit One Bank and was denied.   On or about November 6, 2014, Anderson applied for credit at Credit One Bank and was accepted.   Anderson reported an address of 210 Camelot Drive, Collinsville, Illinois. Brown was added as an authorized user on Anderson's credit card.

95.     Anderson's credit card was used or attempted to be used from on or about November 19, 2014 through December 6, 2014.   Transaction records show the credit card was used on or about November 18, 2014 at the Casino Queen in East Saint Louis, Illinois.   On or about December 8, 2014, the account was closed due to two payments being returned.

96.     Based on the Credit One Bank records, your affiant has reason to believe fraudulent forms of payments were passed to Credit One Bank, attempting to pay Anderson's account balance.

### The Execution of Federal Search Warrants

97.     On December 11, 2014, federal search warrants were obtained to search Brown's 2008 Dodge truck, 1150 Williams, Collinsville, Illinois, and 201 Camelot Drive, Collinsville, Illinois.   On December 15, 2014, the federal search warrants were executed and evidence was found at the locations to substantiate that Jeffrey C. Brown was committing Conspiracy to Commit Mail Fraud, Aggravated Identity Theft and other federal offenses.

### The proffer of Jeffrey C. Brown

98.     On December 17, 2014, Postal Inspector Kriedt, IRS Agent Kuba, Collinsville Police Department Detective Jackson, DEA Agent Kevin Lauman and Norman Smith, Assistant US Attorney interviewed Jeffrey Brown as part of a proffer agreement with the U.S. Attorney's Office in the Southern District of Illinois.   Brown's attorney, Robert Elovitz was also present during the interview.   The details of the proffer are not detailed in that the United States is not relying on any statements made by Brown for purposes of this criminal complaint.   There was an understanding however with Brown that if he did not engage in any further criminal activity he would stay out of jail over the Christmas holiday season and would later be charged by Indictment.

### Continuing Criminal Activity of Jeffrey C. Brown

99.     On January 14, 2015, Victim "J. P.", reported debit card fraud to Maryville PD. Pauley stated someone used his First Collinsville Bank (FCB) Debit card, ending in 4145 without his permission since December 31, 2014. "J. P." has the card in his possession. Total charges are $4,414.17.   A subject attempted to open a Home Depot credit card in his name but was declined. Pauley did not authorize any one to use his card except for his roommate to use his card at Casey's General Store in Maryville, IL.

100.    "J. P." reported 2 residential burglaries at his residence on December 17, 2014 and January 1, 2015.

101.    On January 5, 2015 an over the phone order was taken at Menard's in OFallon, IL for an INSTEON Connected Home Automation Starter Kit using "JP's" card ending in 4145 for $323.54.   The store surveillance video shows a white male matching Jeff Brown's description walking to the area where the telephone/internet orders are picked up.   Brown did not appear to have the debit card with him, the store clerk entered the card # into the register to complete the sale.

102.    On January 22, 2015, Maryville, IL PD Detectives responded to M&M Tires at 3204 Camp Jackson Rd, Cahokia, IL referenced two debit card fraud transactions on January 6, 2015 and January 9, 2015. Two tires were ordered over the phone using "J. P.'s" debit card.   The tires were not in stock and the subject left phone #618-301-7135 and the name of "Jay" to let him know when tires would be in stock.

103.    On January 6, 2015, at 3:27 pm, a subject arrived in a black full size Dodge Ram pickup with 24 inch chrome wheels. The subject never got out of truck and was not seen on the surveillance camera while the new tires were being changed in the garage at M&M Tires. The receipt shows a purchase of $332.00.

104.    On January 9, 2015, a subject ordered 2 rear tires totaling $350.00. The tires were not in stock but would arrive later in the day. At 5:40 pm a black full size Dodge Ram truck arrived and pulled into the garage.   A white male exited the truck resembling Jeff Brown.   The detective who has had prior dealings with Jeffrey Brown; indicated that the individual appears to be Jeffrey Brown in the surveillance video.

105.    Still shots were taken with the Detective's cell phone from the video system at M&M Tires. Two receipts signed "J. P." were seized as evidence also.

106.    The above evidence provides affiant with probable cause to believe that **JEFFREY C. BROWN** has committed the federal felonies set forth in Counts 1 and 2 below:

Count 1: CONSPIRACY TO COMMIT MAIL FRAUD, in violation of Title 18, U.S.C. § 1349;

Count 2: AGGRAVATED IDENTITY THEFT, in violation of Title 18, United States Code, Section 1028A,

FURTHER AFFIANT SAYETH NAUGHT.

_____
Anne M. Kriedt, Postal Inspector
U.S. Postal Inspection Service

State of Illinois          )
                           )  SS.
County of St. Clair        )

Sworn to before me, and subscribed in my presence on the _____ day of January, 2015, at East St. Louis, Illinois.

_____
DONALD G. WILKERSON
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

NORMAN R. SMITH
Assistant United States Attorney