FILED

FEB 19 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEFFREY C. BROWN, ) <br> MICHAEL ALAN CARVER, ) <br> ) <br> Defendants. ) | CRIMINAL NO. 15-30018-NJR <br><br> Title 18 <br> United States Code <br> Sections 1349 and 1028A |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### Conspiracy to Commit Mail Fraud

1. From in or about January, 2014, and continuing through on or about December 12, 2014, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**JEFFREY C. BROWN and MICHAEL ALAN CARVER**

defendants herein, did conspire with each other to cause the use of the United States mail service in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations through the use of unauthorized access devices and through the commission of identity theft.

2. As part of the conspiracy **JEFFREY C. BROWN** used stolen mail matter to obtain means of identification of other persons. **JEFFREY C. BROWN** applied for and activated credit cards of other persons without authorization.

1

3. **MICHAEL ALAN CARVER** assisted **JEFFREY C. BROWN** by allowing fraudulently obtained items to be mailed or shipped by commercial interstate carrier to his residence in Madison County.

4. As part of the conspiracy, **MICHAEL ALAN CARVER** obtained a percentage of the value of the unauthorized credit cards activated by **JEFFREY C. BROWN.**

5. **JEFFREY C. BROWN** fraudulently purchased various merchandise online and at retail stores with the unauthorized access devices.

6. In furtherance of the conspiracy, on or about November 25, 2014, **JEFFREY C. BROWN** and **MICHAEL ALAN CARVER,** caused the transportation of fraudulently obtained items through the United States Parcel Service, a commercial interstate carrier, in furtherance of a scheme for obtaining money and property by means of false and fraudulent representations through the ordering of tools from ULINE.com in the name of a fictitious and unauthorized business name for shipment to the residence of **MICHAEL ALAN CARVER.**

7. In furtherance of the conspiracy, on or about November 28, 2014, **JEFFREY C. BROWN** and **MICHAEL ALAN CARVER** did attempt to cause the transportation and shipment through a commercial interstate carrier of a laptop computer through the use of an unauthorized access device to obtain the item through the use of false representations for shipment to the residence of **MICHAEL ALAN CARVER.**

All in violation of Title 18, United States Code, Section 1349.

### COUNT 2

### Aggravated Identity Theft

1. On or about November 28, 2014, in Madison County, Illinois, within the Southern District of Illinois,

**JEFFREY C. BROWN,**

2

defendant herein, did knowingly use without lawful authority a means of identification of another person, knowing that the means of identification belonged to another person, during and in relation to the felony offense of wire fraud through an interstate wire communication for the purpose of and in furtherance of the use of an unauthorized access device to purchase gift cards to obtain money and property by means of false and fraudulent pretenses and representations.

All in violation of Title 18, United States Code, Section 1028A.

**A TRUE BILL**

███████████████

FOREPERSON

_____
STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

_____
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: Detention

3